UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDVARD YERANOSYAN, | Case No. 5:26-cv-01206 CV (ADS) |
| Petitioner, | |
| v. | ORDER GRANTING PETITION AND ENTRY OF JUDGMENT UNDER 28 U.S.C. § 2241 |
| JAMES JANECKA, et al., | |
| Respondents. | |

On March 16, 2026, Petitioner Edvard Yeranosyan, proceeding through counsel, filed a Verified Petition for Habeas Corpus Pursuant to 28 U.S.C. § 2241 (the "Petition") concurrently with an Emergency Motion for Temporary Restraining Order.  (Dkt. No. 1.)  On March 20, 2026, the Court granted a temporary restraining order.  (Dkt. No. 9.)  On April 3, 2026, the Court granted a preliminary injunction.  (Dkt. No. 12.)  On April 29, 2026, the parties filed a Joint Proposed Grant of Petition and Entry of Judgment Under 28 U.S.C. § 2241, jointly proposing the Petition be granted and

judgment be entered consistent with the reasons and findings set forth in the Court's Orders on preliminary relief, without requiring further proceedings.  (Dkt. No. 15.)

In accordance with the parties' Joint Proposed Grant of Petition and Entry of Judgment Under 28 U.S.C. § 2241 (Dkt. No. 15) and for the reasons stated in the Court's Orders granting preliminary relief (Dkt. Nos. 9, 12), the Petition is granted.  Judgment is to be entered consistent with this Order.

IT IS SO ORDERED.

Dated:  4/30/26     *Cynthia Valenzuela*
THE HONORABLE CYNTHIA VALENZUELA
Unite   States District Ju  ge

Presented by:

/s/ Autumn D. Spaeth
THE HONORABLE AUTUMN D. SPAETH
United States Magistrate Judge

2