JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EDVARD YEROSYAN,

                 Petitioner,

                 v.

JAMES JANECKA, et al.,

                 Respondents.

Case No. 5:26-cv-01206 CV (ADS)

JUDGMENT

Pursuant to the Order Granting Petition and Entry of Judgment Under 28 U.S.C. § 2241, it is adjudged that the Petition is granted consistent with the reasons and findings set forth in the Court's Orders granting preliminary relief (Dkt. Nos. 9, 12).

Dated: 4/30/26

_Cynthia Valenzuela_

THE HONORABLE CYNTHIA VALENZUELA
United States District Judge